IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES KEVIN MACK, SR.,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE,
Respondent,
    and
KYLE OLSEN, WARDEN, WSCC,
Real Party in Interest.

No. 83469

FILED

SEP 15 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR A
## WRIT OF MANDAMUS OR PROHIBITION

This original pro se petition for a writ of mandamus or prohibition appears to seek a writ ordering the district court "to answer the petitioner [sic] writ of habeas corpus filed October 17, 2019."

Problematically, petitioner has not provided this court with any exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition").

21-26735

Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted."). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.          _____, J.
Parraguirre                  Stiglich

cc:    James Kevin Mack, Sr.
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk